UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLARISSA RUDINSKY,

    Plaintiff,

v.       Case No:  2:12-cv-527-Ftm-99SPC

PAN-AMERICAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Defendant's Motion to Permit Filing Administrative Record in Paper or CD-ROM Format Under Seal (Doc. #16) filed on January 8, 2013.  Defendant requests that the administrative record in this case be filed electronically on CD-ROM and under seal as the record contains sensitive information.  Defendant indicates that the record has been redacted in accordance with Local Rules.

The Court does not routinely allow administrative records in ERISA cases to be filed under seal and finds no circumstances in this case which would warrant the record being sealed.  However, the record may be filed on CD-ROM.

Accordingly, it is now

**ORDERED:**

(1) Defendant's Motion to Permit Filing Administrative Record in Paper or CD-ROM Format Under Seal (Doc. #16) is **GRANTED in part and DENIED in part**.

(2) The request to file the administrative record under seal is **DENIED**.

(3) The request to file the administrative record on CD-ROM is **GRANTED**. The Clerk shall make a notation on the docket sheet once the CD-ROM has been received and place it in the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of January, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record