**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

CLARISSA RUDINSKY,

      Plaintiff,

v.                                        Case No: 2:12-cv-527-FtM-38UAM

PAN-AMERICAN LIFE INSURANCE
COMPANY,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Parties' Stipulation of Dismissal With Prejudice (Doc. #26) filed on March 11, 2013. The Stipulation, which was signed by both Parties, noted that the Court shall retain jurisdiction over this matter. On July 9, 2013, this Court entered an Order indicating that it was not inclined to retain jurisdiction and directed the Parties to file a joint notice informing the Court why and how long they wish the Court to retain jurisdiction. On July 12, 2013, the Parties filed a Joint Notice on Court Retaining Jurisdiction (Doc. #29), indicating that the Court need not retain jurisdiction to enforce the Parties' settlement agreement and requested the matter be

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

dismissed with prejudice, with each party bearing their own costs and attorney's fees. Thus, the Court will direct that this matter be closed.

Accordingly, it is now

**ORDERED:**

(1) This matter is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees pursuant to the Parties' Stipulation of Dismissal With Prejudice (Doc. #26).

(2) The Clerk is directed to enter judgment accordingly, terminate all pending motions and deadlines, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 15thday of July, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record